IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| ALEXANDER BRYON GOSHORN, #1403360 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-06-789 |
| | § | |
| CORRECTIONAL MEDICAL SERVICES | § | |

**O R D E R**

On or about December 18, 2006, Plaintiff, now an inmate at the Larry Gist Unit - TDCJ, submitted to the Court a complaint, pursuant to 42 U.S.C. § 1983, alleging violations of his civil rights without payment of the **$350.00** filing fee. The Plaintiff did not, however, submit a current application to proceed in forma pauperis on a form provided by the Court or an in forma pauperis data sheet that is certified by an officer in the law library.

It is therefore **ORDERED** that the Clerk of Court **SHALL** send an application to proceed in forma pauperis to the Plaintiff.

It is further **ORDERED** that the Plaintiff **SHALL** have until **February 23, 2007,** to fill out the application to proceed in forma pauperis, to obtain a properly certified in forma pauperis data sheet from the law library and return them to the Court. The Plaintiff should take the application to proceed in forma pauperis, along with a copy of this order, to the law library to obtain a certified in forma pauperis data sheet from an authorized employee in the law library. The Plaintiff should show this order to one of the employees in the law library in the event that he has any problems obtaining the requisite form. **Failure to comply with this order may result in the dismissal of the lawsuit.**

**DONE** at Galveston, Texas, this _____30th_____ day of January, 2007.

_____

John R. Froeschner
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

_____

Plaintiff's Name and ID Number

_____

Place of Confinement

                                 CASE NO. _____

                                        (Clerk will assign number)

v.

                                   **APPLICATION TO PROCEED**

_____        **IN FORMA PAUPERIS**

Defendant's Name and Address

       I, _____, declare, depose, and say I am the Plaintiff/Petitioner in the above entitled case.  In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee.  I believe I am entitled to relief.

       I, further declare the responses which I have made to the questions and instructions below are true.

1.      In the past 12 twelve months have you received any money from any of the following sources?

| | | | | | | |
|---|---|---|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ | Yes | ☐ | No | |
| b. | Rent payments, interest or dividends | ☐ | Yes | ☐ | No | |
| c. | Pensions, annuities or life insurance payments | ☐ | Yes | ☐ | No | |
| d. | Disability or workers compensation payments | ☐ | Yes | ☐ | No | |
| e. | Gifts or inheritances | ☐ | Yes | ☐ | No | |
| f. | Any other sources | ☐ | Yes | ☐ | No | |

       If the answer to any of the above is "Yes," describe each source of money and state the amount received during the past 12 months and what you expect you will continue to receive.

_____

_____

2.      Do you have **any** cash or do you have money in a checking or savings accounts, including any funds in prison accounts?      ☐    Yes    ☐    No

If "Yes," state the total amount.

_____

_____

3.      Do you own any real estate, stocks, bonds, securities, automobiles or any other valuable property, excluding ordinary household furnishings and clothing?   ☐      Yes   ☐      No

If "Yes," describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury.  I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.  (28 U.S.C. § 1746)

Signed this _____ day of _____, _____.

_____

Signature of Plaintiff

_____

ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. THE STATEMENT MUST BE CERTIFIED BY THE APPROPRIATE INSTITUTIONAL OFFICER SHOWING ALL RECEIPTS, EXPENDITURES, AND BALANCES DURING THE LAST SIX (6) MONTHS IN YOUR INSTITUTIONAL ACCOUNTS.   YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**